IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 13-21226-GLT |
| DALE R. MANGOLD, | Chapter 13 |
| Debtor, | Related to Doc. No. 100 |
| GREEN TREE SERVICING LLC, | |
| Movant, | |
| NO RESPONDENT, | |
| Respondent | |

CERTIFICATE OF SERVICE OF TEXT ORDER
GRANTING MOTION TO REOPEN AND TO RESTRICT PUBLIC ACCESS TO CLAIM

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 17, 2017.  The Text Order states:

    Order The creditor's Motion to Reopen and Request to Restrict Public Access to Claims 7 and 9, filed at [98], are HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. The Clerk shall promptly close this case. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Taddonio. Signed on 2/16/2017.    (RE: related document(s): [98] Motion to Reopen and Request to Restrict Public Access to Claim Number 7 <i></i>).

    The types of service made on the parties were:
:
By First-Class Mail:

Dale R Mangold
1383 Anderson Rd
Pittsburgh, PA 15209

and:

By Electronic Notification:

| | |
|---|---|
| Matthew M. Herron, Esq. | mmh@thedebtdoctors.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Green Tree Servicing, LLC